```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

CENTRAL BANK OF THE MIDWEST     \*

        Plaintiff         \*

   vs.                          \* CIVIL ACTION NO. MJG-18-628

JENNIFER SCARLATTA,             \*

        Defendant         \*

\*    \*    \*    \*    \*    \*    \*    \*    \*

## MEMORANDUM AND ORDER

The Court has before it Defendant's Motion to Dismiss And For More Definite Statement [ECF No. 9], and the materials submitted relating thereto. The Court finds that no hearing is necessary.

Defendant asks the Court to dismiss the claims against her or to issue an Order:

> requiring the Plaintiff to file an Amended Complaint, or to furnish a statement of additional facts particulars [sic] correcting the confusing or incomplete language of the present Complaint; in particular, the last few sentences of paragraph 4, paragraph 5, paragraph 31, paragraph 38, paragraph 39 and paragraph 42.

Def.'s Mem. at 6, ECF No. 10.

Defendant also states her belief that some of the references in the Complaint are "confusing" or "not clear" and that she is unable to respond fully without a "more complete statement" of certain facts and legal theories. Id. at 6-7.

Under the circumstances, the Court finds it appropriate to request the Plaintiff to file an Amended Complaint that clarifies the issues for Defendant to address.

Accordingly:

1. Defendant's Motion to Dismiss And For More Definite Statement [ECF No. 9] is hereby GRANTED IN PART and DENIED IN PART AS MOOT.

    a. By July 11, 2018, Plaintiff Central Bank of the Midwest shall file an Amended Complaint which includes a more definite statement of the allegations asserted against Defendant Scarlatta.

    b. Defendant's motion to dismiss is hereby DENIED as moot without prejudice to her ability to file a motion to dismiss the Amended Complaint.

SO ORDERED, this <u>Monday, June 11, 2018</u>.

<pre>
                              _____/s/_____
                               Marvin J. Garbis
                          United States District Judge
</pre>